IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STONHARD division of STONCOR GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE HEALTH CARE dba SACRED HEART MEDICAL CENTER, a Washington non-profit corporation; and BOUTEN CONSTRUCTION CO., a Washington corporation,<br><br>Defendants. | Case No. CV-10-041EFS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

## ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that that all claims made by Plaintiff against Defendants, be and hereby are DISMISSED WITH

STIPULATION AND ORDER FOR
DISMISSAL OF ALL CLAIMS
Page 1 of 2

HELSELL
FETTERMAN

1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

PREJUDICE and without costs to any party. This file shall be CLOSED.

DONE in open court this ___30th___ day of September, 2010.

            s/Edward F. Shea
            _____
            JUDGE EDWARD SHEA

Presented by:

DUNN & BLACK, P.S.

By _[signature]_
 John C. Black, WSBA # 15229
 Nicholas D. Kovarik, WSBA # 5462
Attorneys for Defendants


Copy Received; Approved as to Form;
Notice of Presentation Waived:

HELSELL FETTERMAN LLP

By _[signature]_
 Pauline V. Smetka, WSBA #11183
Attorneys for Plaintiff

STIPULATION AND ORDER FOR
DISMISSAL OF ALL CLAIMS
Page 2 of 2

HELSELL
FETTERMAN
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM